Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 13−31311−KCF
                Chapter: 13
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Thomas J. Altman                                 Lisa N. Altman
   108 Trim Lane                                       108 Trim Lane
   Manahawkin, NJ 08050                     Manahawkin, NJ 08050

Social Security No.:
   xxx−xx−1349                                       xxx−xx−4570

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after April 25, 2019 for the reason(s) indicated below.

☐    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: March 26, 2019
JAN: amg

                                                                 Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-31311-KCF
Thomas J. Altman                                                      Chapter 13
Lisa N. Altman
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1         Date Rcvd: Mar 26, 2019
                            Form ID: clsnodsc        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2019.
db/jdb         +Thomas J. Altman,  Lisa N. Altman,  108 Trim Lane,  Manahawkin, NJ 08050-5214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2019 00:02:28     U.S. Attorney,   970 Broad St.,
                 Room 502,  Rodino Federal Bldg.,  Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2019 00:02:23     United States Trustee,
                 Office of the United States Trustee,  1085 Raymond Blvd.,  One Newark Center,  Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Brian S. Thomas    on behalf of Debtor Thomas J. Altman brian@brianthomaslaw.com
              Brian S. Thomas    on behalf of Joint Debtor Lisa N. Altman brian@brianthomaslaw.com
              R. A. Lebron    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bankruptcy@feinsuch.com
              Tammy L. Terrell    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
                                                                                              TOTAL: 8