| **Information to identify the case:** | |
|---|---|
| Debtor 1: Thomas J. Altman<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1349<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2: Lisa N. Altman<br>(Spouse, if filing)<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4570<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | |
| Case number:  13–31311–KCF | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas J. Altman          Lisa N. Altman

4/2/19          **By the court:** Kathryn C. Ferguson
                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-31311-KCF
Thomas J. Altman                                                      Chapter 13
Lisa N. Altman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Apr 02, 2019
                              Form ID: 3180W           Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2019.
```
db/jdb         +Thomas J. Altman,    Lisa N. Altman,    108 Trim Lane,    Manahawkin, NJ 08050-5214
514476522      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
515307572      +Apex Asset Management, LLC,    2501 Oregon Pike, Suite 102,    Lancaster, PA 17601-4890
514245676       Chase Mortgage,    PO Box 830016,    Baltimore, MD 21283
514497231       Chase Records Center,    Attn: Correspondence Mail,    Mail Code LA4-5555,    Monroe, LA 71203
514494742      +JPMorgan Chase Bank, National Association,    c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
515307574      +Meridian Health,    PO Box 9319,    Trenton, NJ 08650-1319
515307571       Meridian at Home Infusion,    34 Industrial Way East, Suite 7,    Eatontown, NJ 07724-3319
515307573      +Meridian at Home Infusion,    PO Box 95000-1640,    Philadelphia, PA 19195-0001
515307568       Reconstructive Orthopedics, PA,    4 Eves Drive, Building A Suite 100,    Marlton, NJ 08053-3195
515307575      +Stafford Orthopedics,    1168 Beacon Avenue,    Manahawkin, NJ 08050-2469
514245684      +Susquehana Bank,    30 Kings Highway East,    Haddonfield, NJ 08033-2002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2019 00:21:01      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2019 00:20:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514288343       EDI: HNDA.COM Apr 03 2019 03:33:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6441
514245670      +EDI: AMEREXPR.COM Apr 03 2019 03:33:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
514375226       EDI: BECKLEE.COM Apr 03 2019 03:33:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
514245671       EDI: HNDA.COM Apr 03 2019 03:33:00      American Honda Finance,    PO Box 6034,
                 Newark, DE 19714
514368517       EDI: AIS.COM Apr 03 2019 03:33:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
514245672       EDI: BANKAMER.COM Apr 03 2019 03:33:00      Bank of America,    PO Box 982235,
                 El Paso, TX 79998
514245673      +EDI: TSYS2.COM Apr 03 2019 03:33:00      Barclays Bank,    700 Prides Xing,
                 Newark, DE 19713-6102
514343053       EDI: BL-BECKET.COM Apr 03 2019 03:33:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
514245674      +EDI: CAPITALONE.COM Apr 03 2019 03:33:00      Capital One/Best Buy,    PO Box 5253,
                 Carol Stream, IL 60197-5253
514245675      +EDI: CHASE.COM Apr 03 2019 03:33:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
514245677       EDI: DISCOVER.COM Apr 03 2019 03:33:00      Discover,    PO Box 15316,    Wilmington, DE 19850
514396250       EDI: DISCOVER.COM Apr 03 2019 03:33:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
514245679      +EDI: AMINFOFP.COM Apr 03 2019 03:33:00      First Premier,    601 South Minnesota Avenue,
                 Sioux Falls, SD 57104-4824
514245680      +EDI: RMSC.COM Apr 03 2019 03:33:00      GECRB/Amazon,    PO Box 965015,    Orlando, FL 32896-5015
514245681      +EDI: CITICORP.COM Apr 03 2019 03:33:00      Home Depot,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
514245682      +EDI: CBSKOHLS.COM Apr 03 2019 03:33:00      Kohls,    PO Box 3115,    Milwaukee, WI 53201-3115
514245682      +E-mail/Text: bncnotices@becket-lee.com Apr 03 2019 00:19:57      Kohls,    PO Box 3115,
                 Milwaukee, WI 53201-3115
514491568       EDI: PRA.COM Apr 03 2019 03:33:00      Portfolio Recovery Associates, LLC,
                 c/o Amazon.com Store Card,    POB 41067,    Norfolk VA 23541
514490467       EDI: PRA.COM Apr 03 2019 03:33:00      Portfolio Recovery Associates, LLC,
                 c/o Chase Bank Usa, N.a.,    POB 41067,    Norfolk VA 23541
514396695      +E-mail/Text: csidl@sbcglobal.net Apr 03 2019 00:21:23      Premier BankCard/Charter,
                 PO Box 2208,    Vacaville, CA 95696-8208
515307576      +E-mail/Text: SOMCbankruptcy@hackensackmeridian.org Apr 03 2019 00:21:33
                 Southern Ocean Medical Center,    1140 Route 72,    Manahawkin, NJ 08050-2412
515307570       E-mail/Text: SOMCbankruptcy@hackensackmeridian.org Apr 03 2019 00:21:33
                 Southern Ocean Medical Center,    Meridian Health,    PO Box 417140,    Boston, MA 02241-7140
514245685       EDI: TDBANKNORTH.COM Apr 03 2019 03:33:00      TD Bank,    PO Box 219,    Lewiston, ME 04243
514245686       EDI: TDBANKNORTH.COM Apr 03 2019 03:33:00      TD Bank,    PO Box 84037,    Columbus, GA 31908
514490233       EDI: TDBANKNORTH.COM Apr 03 2019 03:33:00      TD Bank N.A.,    Attn: Bankruptcy Dept.,
                 ME2-002-035,    P.O. Box 9547,    Portland, ME 04112-9547
514245678       EDI: USBANKARS.COM Apr 03 2019 03:33:00      Elan Financial,    777 East Wisconsin Avenue,
                 Milwaukee, WI 53202
514245687       EDI: WFNNB.COM Apr 03 2019 03:33:00      Value City Furniture,    PO Box 172273,
                 Columbus, OH 43218
514245688      +EDI: VERIZONCOMB.COM Apr 03 2019 03:33:00      Verizon NJ,    500 Technology Drive,
                 Weldon, MO 63304-2225
514245689      +EDI: WFFC.COM Apr 03 2019 03:33:00      Wells Fargo,    PO Box 14517,    Des Moines, IA 50306-3517
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 02, 2019
                              Form ID: 3180W           Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
514384369         EDI: WFFC.COM Apr 03 2019 03:33:00      Wells Fargo Bank NA,    PO Box 10438,
                  Des Moines IA 50306-0438
                                                                                              TOTAL: 32

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514343054*        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
515307569       ##ACB Receivables Management, Inc.,   19 Main Street,    PO Box 350,   Asbury Park, NJ 07712-0350
514245683       ##+Sandra Lange,   109 Trim Lane,   Manahawkin, NJ 08050-5213
                                                                                      TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2019 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Brian S. Thomas    on behalf of Joint Debtor Lisa N. Altman brian@brianthomaslaw.com
              Brian S. Thomas    on behalf of Debtor Thomas J. Altman brian@brianthomaslaw.com
              R. A. Lebron    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bankruptcy@feinsuch.com
              Tammy L. Terrell    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
                                                                                               TOTAL: 8
```