```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
R.A. LEBRON, ESQ.
XCHJ021
bankruptcy@feinsuch.com

**Order Filed on April 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

THOMAS J. ALTMAN and LISA N. ALTMAN

 Debtor(s).

Case No.: 13-31311 KCF

Hearing Date: ~~March 27, 2019~~ 4/24/2019

Judge: Hon. Kathryn C. Ferguson, Chief Judge

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 30, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is hereby vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

108 TRIM LANE, MANAHAWKIN, NJ 08050.

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas J. Altman  
Lisa N. Altman  
    Debtors

Case No. 13-31311-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 30, 2019  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2019.  
db/jdb        +Thomas J. Altman,    Lisa N. Altman,    108 Trim Lane,    Manahawkin, NJ 08050-5214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:  
         Albert   Russo    docs@russotrustee.com  
         Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Brian C. Nicholas    on behalf of Creditor    JPMorgan Chase Bank, National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Brian S. Thomas    on behalf of Joint Debtor Lisa N. Altman brian@brianthomaslaw.com  
         Brian S. Thomas    on behalf of Debtor Thomas J. Altman brian@brianthomaslaw.com  
         R. A. Lebron    on behalf of Creditor    JPMorgan Chase Bank, National Association bankruptcy@feinsuch.com  
         Tammy L. Terrell    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com  
                                            TOTAL: 8